Thank you we'll move on to our third argument for the day United States v. Allahyara excuse me Allahyari case number 22-35422 Your Honours, may it please the Court, my name is Curtis Izaki of the law firm McNaul Ebel and I represent the appellant Shaun Allahyari, two difficult names in this case. I'd like to reserve three minutes for rebuttal. This appeal presents two core legal issues I'll begin with the question under the Washington fraudulent transfer statute before turning to the contemporaneous exchange issue. Can we start with jurisdiction because we can't do anything if we don't have jurisdiction. Of course. And is it still the case that there has not been an order of sale entered by the district court? That is correct Your Honour there has not been an order of sale the district court has treated the matter as put the matter on hold pending the appeal. On hold means it's not over. Normally. Your Honour in this case the law I think is actually quite clear even under the cases cited by the government for the opposite proposition that the order here is sufficient to be final and appealable because under Citicorp Real Estate v. Smith this is a Ninth Circuit case 155 F. 3rd 1097 the circuit held that an order of this kind is final and appealable if it identifies the property to be sold in satisfaction of the debt and determines the rights of the parties. But it doesn't first of all it set an issue that had to be quantified and then it used language that said you know if the court orders sale then it will do this which suggested that the sale had not been formally ordered. What case says that we can exercise jurisdiction in a case of this sort when there has not been a final determination of the fact that the property will be ordered to be sold? So Your Honour I read the order a little bit differently it authorizes the sale to move an issue the value of a certain deed which was then which calculation was then later done and agreed to. But isn't that a problem in and of itself the calculation was then later done? I mean what I almost interpreted the court to we're talking about the March order that's what you've appealed from right? Correct Your Honour. I sort of looked at the court's opinion to say look you guys go figure out what the value is you know it may be that we don't even do a sale based on whatever that value is. I mean I don't know whether that was a possibility or not but to Judge Collins point it clearly had language of if a sale is to be ordered. How is that final if a sale is to be ordered? Well in this instance my client appealed from the order because it met the threshold characteristics laid out by the precedent of this circuit. But that's my question how does it meet the characteristics when it says if a sale is to be ordered? I don't understand under any theory how that is a final order. Well Your Honour here the order of sale was only contingent on the calculation of the deed of trust. That's not true. Show me where it says that in the order the order says if a sale is to be ordered. What Judge Nelson is referring to is the stipulation that settles the amount of the BECUD says that Sean Agliari agrees that in connection with the sale of the property if ordered he will not seek to enforce a recovery. So even the stipulation that settles the amount of this acknowledges that the sale hasn't been ordered yet. So the underlying order authorizes the sale though not the stipulation order the underlying order. And the stipulation order was the June order? Yeah the stipulation order came afterwards. And you agree that we don't have jurisdiction over that? Or are you also arguing that we do have jurisdiction? No that that comes up as well that that's part of that's part of this appeal. It's not it's not a necessary part of the appeal because it's not necessary to resolve any of the legal issues before you today. But yes it comes up as part of the appeal as we as we briefed to the court. So the the underlying order it identifies the property that's at ER 25. It defines the value of the senior loan and how that's to be calculated at ER 4. It invalidates the 2005 deed of trust which is kind of the core of the issue here today at ER 30. And it defines the sums due to the United States under the tax liens at ER 50 paragraph 37. And the United States entitlement to sale that's at ER 36. It does all the necessary elements to be a final and appeal. Your point would be we can't consider what he later said in June. Where I mean you agree that that language if ordered that would suggest that's not a final order right? Your honor that language may have been a recognition that this case was on appeal. And that there was that there were legal issues to be determined. I don't want to purport to speak for the court about what if ordered means. But your point would be we need to take it at the time of the of March the March order. And we can't look to the June order to interpret the March order. I think at least in or that we don't need to. I don't think we need to and I think that the June order when read with the foreclosure sale. The March order says the court however will delay entering an order for judicial sale until after it has received the requisite joint status report from the parties and has determined how to calculate the value of the BECU deed of trust. So the court is acknowledging that it has not entered an order for sale. And then it gets a BECU deed of trust stipulation that also acknowledges that the order has not been entered. And I've looked at the docket and the order isn't there. So it's not there. Your honor in this regard I would just encourage you to consult the authority that I referenced earlier. An order of sale in itself the order of sale itself is not a prerequisite for an appeal. My understanding correct me if I'm wrong. You're right that they've said the order of sale doesn't necessarily need to be there. But that's only if there's some ministerial task that's holding it up. Right. I mean and is that your argument that this fits within some ministerial task exception. This seems like a substantive issue that the parties were told to go figure out and come back to the court. It was an issue. Well it was well understood at the time. The range of values we were talking about this wasn't going to this wasn't going to rise above the value of the house such that an argument which we presented to the court below but the court below rejected such that the there was going to be no value in. Correct. I'm sorry. Did you seek authorization for an interlocutory appeal? No your honor. What we appealed from it as as a final judgment a foreclosure judgment under the authority we laid out. Let's suppose the panel agrees with you and we take this case on and we assume that what happens before Judge Zille was a final order. What happens with the sale? What happens with the sale what happens with the sale would turn on what this what this court. If somebody wanted to get authorization for the sale the affected party here in the government does Judge Zille still have the case? This court would remand back to the district court if if the this court's finding is that the 2005 deed of trust is not a fraudulent transfer and it's enforceable under federal tax law then there would be a remand to the district court to determine under U.S. versus Rogers and the related authority whether the United States as a junior lien holder can foreclose in this scenario. I think that's a a decision properly for the district court in the first instance. I think that the answer is clear the record is clear here that the analysis under U.S. versus Rogers would not support a foreclosure sale because the junior lien interest of the United States would be clearly without value at that point and you do the balancing test in U.S. versus Rogers and there wouldn't be any basis for a foreclosure sale at that point that where the property would not sell. You would like us to rule on the fraudulent transfer determination by the district court? I would like you. Is that correct? I would like you to address the issue the court's conclusion the foreclosure judgment that the 2005 deed of trust was a fraudulent transfer and also the issue that was remanded by this court. Back to the district court to determine remaining issues. With one small caveat my answer is yes. The caveat being there is one issue this issue of contemporaneous exchange under the federal tax statute to determine lien priority under federal law that was remanded by this court the first time this case was on appeal to the district court but was and fully briefed at the district court level but was not actually resolved by the district court it ended its analysis with the fraudulent transfer question. It was fully briefed there it's a pure question of law. The pure question of law is whether the state of Washington will recognize the validity of a lien in the absence of a contemporaneous exchange of value. And our position on that is that the answer is clearly yes Washington does not require contemporaneous exchange and I can go into that issue if you would like. Can I ask a question about the relationship between 0.041 in the Washington statute and 0.051 because you know 0.041 is captioned transfers fraudulent as to present and future creditors and it has a general rule and then 0.51 is transfers fraudulent as to present creditors and then has a specific rule and it says a transfer made or obligation incurred by a debtor is fraudulent as to a creditor whose claim arose before the transfer was made or the obligation was incurred if and then it goes through. Are those alternative tests so if you beat the factors that are in 0.51 do you have to do the full multi-factor in 0.04? I'm just trying to understand at a global legal level how these two sections fit together under Washington law. Under a certain factual scenario I think you could look at 0.051 and do that analysis. That theory was not pleaded here it was not part of the case so it was never a factor that the district court considered how to reconcile those provisions. This case was brought under 0.041 the constructive you know the constructive fraud standard under the badges of fraud analysis. So I do think that you know if you have a scenario with a present creditor you can you can look to 0.051 that's just not the way it was pleaded. If you look at 0.051B it just says a transfer made by a debtor is fraudulent as to a creditor whose claim arose before the transfer was made that's true here if the transfer was made to an insider that's true for an antecedent debt that's also true the debtor was insolvent at that time that's true and the insider had reasonable cause to believe that the debtor was insolvent that's true too. Done. Why isn't it the case that easy? Well the case isn't that easy because it was not an issue that was raised here. That was not a theory. 0.051 wasn't raised here I mean once the statute is raised we get to decide how what the statute means and how it applies and I thought 0.051 was raised and in the mix. Your honor my understanding of the trial court record is that this was an 0.041 case and that's how it was argued it was argued on the badges of fraud analysis and not under 0.051 and so and under this court's previous ruling under 0.041 or 0.051 in the law as it existed at the time that the what the court needs to look for is whether there's clear and satisfactory evidence that a transfer is in actuality fraudulent and so what I'd like the court to keep in mind is what are the clear facts here what are the what are the clear I mean the district court look we're gonna defer to the district court as long as he applied the correct standard your better argument seemed to be that he actually applied the wrong standard your honor I agree I believe the district court did did not give meaningful weight to this this courts order the first time around to consider what is clear and satisfactory evidence instead we laid this out at page 16 to 21 of our brief it's essentially a parroting of the previous order with a conclusory statement that this is clear and satisfactory evidence I don't even I don't know how you get there I mean this the evidence is so overwhelming here your honor I would like to save a moment for rebuttal yeah but the clear the clear facts to my view the clear facts here are that the common aliari he made significant loans always dispositive you can still be a bona fide creditor and have a fraudulent transfer to a bona fide creditor that's certainly the case there could be an instance where there you know the the parties come to some understanding this will not be repaid likely that it's gonna be a fraudulent transfer to a bona fide creditor when there's a family relationship yes but if in this instance where there you know that the record supports that the that mr. Sean aliari was a bona fide creditor he expected repayments he received repayments he was regularly checking in anticipating repayments and then secured the right to record a lien against the property before any other debt that the tax debtor had was actually incurred on this the facts of this case if the fact that my client is the father of a tax debtor is treated essentially as dispositive then there could be no this positive but I mean anyway I why don't we give you some time for rebuttal this this might come up we'll hear from the government thank you so thank you thank you your honor I place the court good morning my name is Rachel Wollitzer for I believe the United States I'd like to point out that the government only has to prevail on one of the two issues raised in the district we go to jurisdiction of course here's my concern I mean I I think we don't have jurisdiction you've you've suggested we don't have jurisdiction correct I think you're probably right the so my practical concerns don't my practical concerns are this just gonna delay this whole case because what's gonna happen if we dismiss if we dismiss this appeal for lack of jurisdiction and what we go back in the district we tell the district court okay now you got to go forward with the tax sale can the tax sale happen I mean then what's the question does the does the sale actually go forward or does does the you don't argue that the sale actually has to be completed or confirmed well that would be that would be almost yeah I don't know how you don't wind all that correct so so but that that's my question is if we're gonna require a sale order then you're gonna have all these sale orders where the delay in the sale is still gonna be a year or two years for the for the appeal the appeal or does it come up is is that dependent on the state pending an appeal request well in in the cases that we cited in our brief the court held that there was jurisdiction because the sale order had been entered and that's what usually happens the sale order does more than just order the sale it's a detailed order that sets forth the procedures for the sale property description does it also set forward the ballot how the money will be distributed it gives well because I thought that was part of it I thought that was part of the jurisdictional analysis was that you had to have you had to have the amounts owing clarified well it would set forth how the how the proceeds are distributed in accordance with the district courts decision so the district court held the government was senior to to mr. Ali Ari I guess the point is is there a substantive determination that remains to be made I mean maybe it or is it just a situation where the formal piece of paper that the sale should we order is not been it and maybe that carries today maybe you need the formal piece of paper because jurisdictional rules are bright line but it does seem like if you kind of take all these pieces of the order all the substance is there he just didn't put it together in one document and file it but I think you're opposing counsel's argument is that everything substantively that's needed to be done for an order of sale has in fact been determined well as judge Nelson pointed out it what it hadn't been determined at the time that the first remand but so you but your position is the June order still is not appealable right correct because because there's not a formal order of sale is that it would what else would be required to give us the order of sale that says everything else has been done it just has a see that that strikes me as closer to kind of that ministerial task that seems like we've held in some other cases well can provide us with jurisdiction but but that's at the June order that's not of them the March order so well mr. Haley Ari has indicated his intention to oppose the sale so that may or may not be a ministerial order his his position opposing the sale seems to be based on the will be all consumed by how much are we talking about here because the as I understand it the whole position is the the father who's the appellant here had a 12% interest rate and so it's because a lot of the balance was paid off but it was the interest that was accruing over that time right yes but how much is that coming to well according to I don't think there's anything on the record that has the current the current balances but the Beck you deed of trust will consume most of the value of the property and so that it is senior or junior to that's that is senior we admit that to you but is it senior to the that senior to the 2005 as well so it's really an either-or as between us and the 2005 D that you're not gonna get much money out of this well after the Beck you deed of trust if if we prevail on appeal then we are ahead of mr. Ali Ari and then we got are you ahead of mr. Ali because I thought well that a portion there's some money that he's gonna be ahead of you on isn't there or just the Beck you deed of trust oh that's it okay so the issue in this case is whether and the bigger concern is if we let this go for two years and the property values decline then there's less money to be distributed right which I that's my fear if we sent and again this is a practical concern that almost has no bearing on jurisdiction but in some ways I wonder and I appreciate the gut yes if we don't have jurisdiction we don't have jurisdiction but in some ways I would think the government would be saying just figure this out let's move well we would appreciate some guidance on the issue because it does come up quite frequently where we're kind of up so frequently where are the other cases on this I mean I'm looking at 1800 cases you know it cases from the 1800s from the Supreme Court we do have one from 1993 the Smith case which says that court orders you do have to have the property of sale at least I read it to say you have to have the property of sale and it has to quantify the debt do you agree that the debt was quantified I'm not sure the debt was quantified in March the IRS debt can always be quantified but is I don't think that I think it's the quantity oh is that all and then quantified in order any problem in the in which order the June or second order the trust that's sort of my point is I'm not sure it was quantified in March not in the first order yes your honor let's suppose the panel agrees with your position that we like jurisdiction would the government object to a limited remand to district court to cure the problem of a lack of a sale order yes your honor and the panel retaining jurisdiction that would be think that government think that's the appropriate way to handle the case yes that would be a good solution your honor I was going to suggest that I hadn't cleared it with my office but I don't believe they would have a problem with it and that's how we normally deal with orders that you know have problems when they're you've done that before is that why we're not getting more case law well I've done limited remands not in this particular case but but how can we retain jurisdiction that we don't have we don't have jurisdiction this has got to be dismissed then you put in the right piece of paper you file a new of appeal and it goes back up retaining jurisdiction is when we have some valid foothold and we want to send it back for something we just don't have any jurisdiction here to do anything well that would be so that the case doesn't have to be rebriefed you know that may be I mean that that happens I had one of these cases before exactly the same kind of one claim wasn't formally papered and it went papered and then it got all rebriefed and came back up that's just how it works with jurisdiction I I think judge Collins has a fair point here if we say there's no jurisdiction I'm wondering if there's a way we can just say go cure it I don't know if the parties probably wouldn't agree to this but the briefing wouldn't change I mean all we're talking about is a sale order being in right I mean even you're not arguing that anything else needs to be figured out at this point well there would you know there would be the delay in the briefing and well I'm just wondering if the parties couldn't agree that the briefing stands then you find new notice of appeals filed and we kind of expedited before this panel I suppose you could do that but I think there's a lot of hoops we'd have to go through I guess I'm just agreeing that I I'm concerned about a limited remand where we don't if the our position is as the government says we don't have jurisdiction we're gonna have to get jurisdiction over a September or October or November 2023 order and a new notice of appeal filed well if if we have no jurisdiction we would still be remanding the case to the district right but that's a different that's different than I think that's what you're saying that's different than a limited remand where we filed but the disposition would be the appeal is dismissed for lack of jurisdiction that would be the disposition it wouldn't be a remand it would just be the appeal is gone and then the district court still has the case goes forward enters the final order and then you start all over again it's inefficient but that jurisdiction is the one area where we have deadweight loss of course of course your honor and again I don't know specifically how limited remands work you know I think in most other cases we could do it I think it's the jurisdictional issue yeah just like I said I'm not sure how it would interact with that can I ask you on the merits the same question I asked your opposing counsel which is this relationship between 0.041 and 0.051 and were both invoked by the government here well in in the interest of candor your honor I have to say that in the first appeal this court held that we had waived that issue I'd wave which issue the constructive fraud issue 051 the 051 yes I mean because it's kind of surreal that we're arguing about the multi-factor 0.041 and he's arguing well but it's an antecedent debt and there's a rule on antecedent debt it's in 0.051 and it seems as clear as day what the rule is and we're supposed to close our eyes to it is that well both of the provisions apply to antecedent debt to the extent antecedent debt is the same as existing debt so it's just the nomenclature used by the statutes but in in the first Aliari opinion by this court 980 F third at 692 note 9 the court held that we argued for the first time that the 2005 was deed of trust was fraudulent under 051 and that we didn't raise it before the district court so the court held we have waived it so we still are relying on it though because it's relevant to show that the the cases relied on by the mr. Aliari that holding that preferences to insiders by an insolvent debtor are permissible those are very old cases and as we argue in our brief those have been superseded by this 0.051 be and in fact even the 11 factor test which requires the court to consider whether the transfer was to an insider also was Pat was passed after can I can I ask you about the June order the language it references the sale and it says if ordered what is the government's interpretation of that because to me it's very difficult to say that and I guess your position is that's not a final or even the June order from your perspective is not a final order and is it because of the if ordered language or is it because you just think that we need a piece of paper that says bill order of sale the latter your honor because on page 13 of the courts first remand order the court says the United States has established that it is entitled to foreclose its liens sell the property and apply the proceeds towards its liens so but that doesn't that doesn't handle the details it doesn't handle all the details of that which would need to be in a order of sale because and that's sort of your point is that there could be there could be conditions even once you say that sale has to go forward there can be conditions of the sale that he could challenge we want all of that in one one one final correct your honor he could challenge conditions of the sale but as this the court said if ordered you don't think that that reflects any hesitancy by the district court to actually order a sale i do not believe so your honor because the court in the first order also said sean has failed to carry his burden of proof that this court should exercise discretion not to issue a foreclosure order and the first order has a whole section section roman numeral three on judicial sale and analyzing whether the whether it had discretion under the rogers analysis not to order the sale so um okay the court had decided it was going to order the sale but again the final sale order is required as we've argued thank you i think your time's up thank you so much we have no time for rebuttal granting me a little extra time so i'll be very brief um uh to your honor's point uh i all that remains for on the order of sale is a ministerial act well but here's the problem as i see it the the march order clearly is not final because the becu amount had not been determined the problem is the becu amount was determined after you filed your notice of appeal so you'd actually benefit more from having the rule be that there's no final order of sale we have no jurisdiction because if the june order made it final you didn't file another notice appeal and you're gone at that point it's a final order that was not appealed i would agree with your honor that the june order in itself is not a final order uh it's there's a foreclosure judgment but if the current status now in light of the june order is that now all the pieces are together you didn't you didn't file another notice of appeal and you're too late and so if the answer isn't there's no final order you may be in in more trouble i would disagree with that your honor because under under the rule a subsequent order of this type which is not in itself the final not comes up with the appeal says the rule says a notice of appeal filed after the court announces a decisional order but before the entry of the judgment order is treated as filed on the date of or after so that if summary judgment is granted from the bench but it doesn't actually get entered a few days later but it's not i'm going to put an off and then that gets decided you you need another notice of appeal after a substantive issues decided so the issue here is that as as your honors have recognized the substance the substantive issues were decided in the march order and then 60 days passed and there was a concern on part of mr aliari that under the case law that's cited in our brief there would be an there is then uh an agreement to the technical issue of the value of the becu deed of trust that that's all that remained uh at that point that happened afterwards it doesn't seem ministerial all that remains at this point you asked what what would come uh after a ruling in order uh would be an order of sale and mr ali take exception with some of the conditions of that order of sale mr well this we have some guidance on this because this happened during the first appeal um there was argument and the argument which was already presented to the district court in advance of the march order was that you shouldn't order sale here because there's going to be no value to the government that that is the principal objection to an order of sale that issue uh as council uh read to you is not so you're not going to have a condition you're not going to you're no condition that the district court could enter that you would object to for the order of sale i can't say that your honor um what i can say is that the order the order of sale under the case law is not a necessary uh it's not a necessary piece to resolve the district if we would dismiss for lack of jurisdiction and then the government files a proposed order of sale and asked the district to enter it and you file an opposition that would just prove that we were right that this wasn't final so your honor when the original notice of so as i mentioned there was this um this is the outstanding issue of the value of the becu deed of trust but all the substantive issues were resolved so what mr ali anticipated is that there would be that once the becu deed of trust was made concrete there would be an order of sale at that point that didn't happen i believe again i don't want to speak for the district court but i believe because the issue is on appeal i think we may have a fundamental disagreement about what qualifies as a ministerial task um but we'll have to sort that out so thank you thank you uh the case is now submitted and
judges: HAWKINS, NELSON, COLLINS